Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2025 MAY 13 PM 2:56

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

_____ Division

|  |  |
|---|---|
| Rafael A. Torres Nieves | Case No. _25-cv-1264 ADC_ |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: _(check one)_  ☐ Yes  ☑ No |
| -v- | |
| Goya de Puerto Rico | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rafael Antonio Torres Nieves |
| Street Address | 39-26 Calle 35 |
| City and County | Bayamón |
| State and Zip Code | Puerto Rico, 00961 |
| Telephone Number | 787-661-5241 |
| E-mail Address | ralphtowers@hotmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name     Goya de Puerto Rico

    Job or Title *(if known)*

    Street Address     Urb. Industrial Luchetti PR-28

    City and County     Bayamón

    State and Zip Code     Puerto Rico, 00960

    Telephone Number     787-740-4900

    E-mail Address *(if known)*     www.goyapr.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    [✓] Federal question              [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)*

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On Wednesday May 15, 2024, Mr. Pedro de Anca (The Traffic Director of Goya Puerto Rico), wanted to speak to me at his office. Once there in presence of Mr. Jabeth Melendez (The traffic Manager of Goya Puerto Rico), [continue in back of this page]

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Total amount for loss income and damages $500,000.00

informed me that I no longer will be working for Goya de Puerto Rico, because the day before, Tuesday May 14, 2024, I commented on Goya's page regarding a coworker named Edwin Colon "Moye" who had died on May 10, 2024 and has worked for 16 years at Goya Puerto Rico was not mentioned in Goya's page, not even a message of condolence for the family's loss which indignated me and my comment on Goya's page was the following... "I am an independant carrier that works for Goya Puerto Rico, I was hoping to see on this page a picture of Edwin Colon, a message of condolence to his family and I feel disappointed. We cannot sacrifice our health and well-being for a job. Pedro De Anca indicated that my comment on Goya's page damages the Company's corporate image and that was the reason for my dismissal.

I worked for Goya Puerto Rico as an independant carrier since June 22, 2015 until May 15, 2024 when I was notified my dismissal. This affected me both psychologically and economically given that I was left two months without income and I lost the opportunity to buy my main residence which I was managing to buy a few months before my dismissal.

I was discriminated, exploited at work to the point of having a broken right shoulder and herniated discs for labor abuse and illegally working excessive hours.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _May 10, 2025_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Rafael A. Torres Nieves_

B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____